435 A.2d 644

Commonwealth v. Long, Appellant.

Submitted March 4, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

The order of the lower court is affirmed.